# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **WESLEY PIGOTT, ET AL** | **CIVIL DOCKET NO. 1:21-CV-01015** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **PAUL GINTZ** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

In consideration of the Court's MEMORANDUM RULING [Doc. 62];

IT IS ORDERED that the MOTION FOR SUMMARY JUDGMENT [Doc. 29] filed by Defendant Paul Gintz is GRANTED.

IT IS FURTHER ORDERED that the Plaintiffs' federal claims arising under 42 U.S.C. § 1983, alleging unlawful seizure and excessive force, as well as their claim for punitive damages and any claim for bystander liability, against Deputy Gintz in his individual capacity, are DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Plaintiffs' state law claims for assault and battery, intentional infliction of emotional distress, and negligent infliction of emotional distress are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all pending motions are DENIED as MOOT.

THUS, DONE AND SIGNED in Chambers on this 15th day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE